FILED

12/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0639



# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0639

FORWARD MONTANA; LEO
GALLAGHER; MONTANA
ASSOCIATION OF CRIMINAL
DEFENSE LAWYERS; GARY
ZADICK,

      Plaintiffs and Appellants,

      v.

THE STATE OF MONTANA, by and
through GREG GIANFORTE,
Governor,

      Defendant and Appellee.

ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Patricia Hope Klanke,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this December 9, 2022.

Bowen Greenwood, Clerk of the Supreme Court

c:        Rylee Sommers-Flanagan, ryleesf@gmail.com
Raphael Jeffrey Carlisle Graybill, rgraybill@silverstatelaw.net
Constance Van Kley, cgvankley@gmail.com
Brent A. Mead, brent.mead2@mt.gov; bekola@mt.gov
Emily Jones, emily@joneslawmt.com
Patricia Hope Klanke, patricia@drakemt.com